```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESASR PENA VASQUEZ and MARIA IBANEZ ZAMORA,

                Plaintiffs,

-against-

JB HUNT TRANSPORT INC. and HARVEY WHITE,

                Defendants.

1:24-cv-00699-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The status conference scheduled for October 29, 2024 at 11 AM, [ECF No. 28], is **ADJOURNED** to October 30, 2024 at 12 PM. The parties should be prepared to address the October 22, 2024 Motion to Consolidate this action with *Augusto Antonio Pena v. Harvey White and J.B. Hunt Transportation, Inc.*, Case No. 1:24-CV-01082 (ER). [ECF No. 19]. Plaintiff in Case No. 1:24-CV-01082, Augusto Antonio Pena, is invited to join the conference.

The Court notes that parties failed to file a joint letter on October 22, 2024, as required by the Case Management Plan and Scheduling Order. [ECF No. 18]. Parties are directed to file a joint letter, as outlined in the Case Management Plan and Scheduling Order, by October 28, 2024.

**SO ORDERED.**

**Date: October 24, 2024**
**New York, NY**

                */s/ Mary Kay Vyskocil*
                **MARY KAY VYSKOCIL**
                **United States District Judge**